■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CLARK, III, Appellant. [692 NYS2d 637] —Judgment unanimously affirmed for reasons stated in decision at Supreme

Court, Mark, J. (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Robbery, 1st Degree.) Present— Denman, P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.